**Opinion issued June 28, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00421-CV

_____

## IN RE JULIE NICOLE VIRGIN AND GREG ENOS, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, Julie Nicole Virgin and her attorney, Greg Enos, seek mandamus relief from the trial judge's orders for (1) declining to refer the motion to recuse the trial judge to the regional presiding judge and (2) failing to provide notice or a hearing before signing orders disqualifying Enos and imposing sanctions on him.[1]

---

[1] The underlying case is *In re K.V.*, cause number 07FD2250, pending in the County Court at Law No. 3 of Galveston County, Texas, the Hon. Christopher Dupuy presiding.

Since relators filed their petition, the Texas Commission on Judicial Ethics has temporarily suspended the trial judge. In his absence, the parties attended a hearing during which a visiting judge vacated the challenged rulings. Relators move the Court to dismiss the petition on that basis. The motion is granted and the petition is dismissed. All pending motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Keyes, Higley, and Bland.